NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ONRIQUE D. BRINSON, JR.,                )
                                        )
                Appellant,              )
                                        )
v.                                      )          Case No. 2D17-4175
                                        )
STATE OF FLORIDA,                       )
                                        )
                Appellee.               )
_____    )

Opinion filed December 5, 2018.

Appeal from the Circuit Court for Manatee
County; Susan B. Maulucci, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

                Affirmed.

SILBERMAN, BLACK, and SALARIO, JJ., Concur.